TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00635-CR

The State of Texas, Appellant

v.

Juan Banda, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-95-0259-S, HONORABLE DICK ALCALA, JUDGE PRESIDING
 

PER CURIAM

 The State appeals the trial court's order granting appellee's motion to quash. The
State has filed a motion to withdraw the appeal. No decision of this Court has been delivered. 
The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 

Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on State's Motion

Filed: May 1, 1996

Do Not Publish